RECEIVED

DEC 1 1 2008
Dec 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff:

Mr. Ronald Campbell

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Defendants:

# 1 Detective Tracy Moore # 20402
Of Chicago Police Department

# 2 Mayor's Office City of Chicago

# 3 Chicago Police Superintendant Office
of Tody Weiss

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV7098
JUDGE HART
MAGISTRATE JUDGE VALDEZ

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

_X_    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: _Ronald Campbell_

B.    List all aliases: _____

C.    Prisoner identification number: _# 20070008693_

D.    Place of present confinement: _Cook County Jail Div #11 CR_

E.    Address: _2800 S. California Ch. Il 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Tracy Parker Moore #20402_

      Title: _Police Detective_

      Place of Employment: _# 18 District Chicago Police Department_

B.    Defendant: _Mayor's Office / City of Chicago_

      Title: _local City Government Head of Offices_

      Place of Employment: _City Hall_

C.    Defendant: _Office of Police HeadOuters Jody Weiss_

      Title: _Chicago Police Superintendant_

      Place of Employment: _Chicago Police HeadOuters_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____ N/A _____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____ N/A _____

D.   List all defendants: _____
_____
_____ N/A _____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____ N/A _____
_____

G.   Basic claim made: _____
_____
_____

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____
_____ N/A _____

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.   Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including names, dates, and places. **Do not give any legal arguments or cite any
cases or statutes.** If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if
necessary.)

1) First Claim

Detective Tracy Moore and the Chicago Police Department is named as the Defendant
in this civil matter. On Feb. 1, 2007 Plaintiff was arrested by the Chicago Police
Detective Tracy Moore star #20402 was assigned to investigate the arrest. Detective Moore #20402
approached the Plaintiff. Plaintiff refused any comments. On Feb. 21 2007 Detective Moore
attended a Cook County Grand Jury and testified concerning the arrest of the Plaintiff.
It is now revealed thru legal Documentation that Detective Tracy Moore #20402
delt in police misconduct, that Detective Moore Fabricated evidence (see Police Report)
and committed Perjury (see Grand Jury Transcript) to mislead the Grand Jury - who
returned (True Bill Indictments) against the Plaintiff which brought irreparable Damage
by depriving Plaintiff of his liberty. The Misconduct of Detective Moore or the Chicago
Police Department resulted in actual and Substantial Prejudice to the Plaintiff by the Cook County Grand
Jury. The actions of Detective Moore show a deliberate intention to deprive the Plaintiff of liberty
Plaintiff seek action for Damages, by Detective Moore #20402
and the Chicago Police who violated Plaintiff Civil rights
to liberty

4                                                     Revised 9/2007

Second Claim:

#2) The Mayors Office and The City of Chicago is also named as Defendants in This Civil Matter. Plaintiff seek actions against the City of Chicago who are liable for the Misconduct and actions of Chicago Police Detective Tracy Moore #20402. On Feb 1, 2007 Plaintiff was arrest, but later discovered that on Feb 21, 2007 Detective Tracy Moore while conducting an investigation Falsified evidence (See Police Report) and Committed perjury before a Cook County Grand Jury (See Transcript) Plaintiff was greatly harmed by these actions and Deprived of His liberty. Chicago Police Detective Tracy Moore #20402 being a Member of the Chicago Police Department is under the exclusive control of the Mayors office and the City of Chicago. Plaintiff seek Damages against the City of Chicago for violation of Civil Right to liberty which transpired by the Misconduct of Detective Tracy Moore #20402

---

#3 Third Claim:  Office of The Chicago Police Superintendent Jody Weiss is also named as the Defendant in This Civil action. Plaintiff rights to liberty was violated when a Member of the Chicago Police Department Detective Tracy Moore #20402 Falsified evidence (See Police Report) and Committed Perjury (See Transcript) before a Cook County Grand Jury against the Plaintiff Depriving Him of liberty these actions brought irreparable Damage to the Plaintiff who now bring action against The Chicago Police Superintendent office who is responsible for all members of the Police Force. Plaintiff seek Damages against The Office of Chicago Police Superintendent Jody Weiss Who are liable For Police Detective Tracy Moore's actions of Misconduct where Plaintiff Civil Right to liberty was violated

5

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

*Plaintiff seek Relief from the Court Thru Defendants for His Injuries.  Plaintiff seek Compensatory damages from each defendant named in amount of 1.5 million Dollars Plaintiff seek Punitive damages from each defendant in amount of 1.5 Million Dollars, For loss of liberity; loss of marrage, and loss of wage's. Emotional, Mental. Ect.  Suffering ˄*

**VI.    The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __NOV__ day of __16__, 20__08__

_Ronald Campbell_
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_Ronald Campbell_
(I.D. Number)  __# 20070008693__

__P.O. Box 089002__ 2800 S. California #Div 11

__Chicago Illinois 60608__
(Address)

6

**HN154314**
ECTIVE SUP. APPROVAL COMPLETE

720ILCS 5/19-1a1 BURGLARY
720ILCS 5/19-1a1 BURGLARY

COURT BR & DATE:
Br 42, 0900 hrs
8 Feb 2007

EVIDENCE:
10921767 - A black rock recovered a short distance away

10922042 - 1 creme colored leather jacket with hood, 1 pair eyeglasses, 1 red glove, 1 green glove, and 1 black beret

10922021 - 1 DVD recording of video surveillance from 50 E. Chicago of offender entering the premise and inside the office

10915590 - 1 DVD recording of video surveillance from 1106 N. Dearborn of offender inside the premise

NOTIFICATION: ASA HENNING, after being notified of the facts of these cases, approved charges for Attempt Burglary and 2 Counts Burglary

RD# IUCR  STATUS  HOW NOTIFIED

HN 154314  0630  CLEAR/CLOSED BY ARREST  IN PERSON
HN 138566  0610  CLEAR/CLOSED BY ARREST  IN PERSON
HN 142059  0610  CLEAR/CLOSED BY ARREST  IN PERSON

*Exhibit ↓ A*

INVESTIGATION:

R/D was assigned to 018 Dist to interview and process above offender, in custody for Attempt Burglary, to ascertain information regarding other Burglaries in the 018 Dist.

R/D met with A/Os who related they responded to an OEC call of Burglary in Progress at 25 E. Delaware. Sgt Byrne, #1241 arrived at the scene and spoke with victim who gave him a description of offender, M/B wearing a creme colored jacket with hood and jeans. Sgt Byrne, touring the area, observed a subject with a creme colored jacket and hood walking W/B on Delaware, turned the corner and proceeded south on State. Sgt Byrne observed the subject throw a rock to the ground. Sgt Byrne put a stop on the subject, placed the subject in custody and returned the subject to 25 E. Delaware for a show-up, where he was positively identified by the complainant. PO Schlink and PO Todde arrived to assist and recovered the rock for inventory.

A/Os also related that there were two other burglaries in the same area a few days earlier in which video was recovered and the same clothing was worn in both incidents as the subject had on with

1          Q.   Was Ronald Campbell arrested February

2     1st?

3          A.   Yes, he was.

4          Q.   Have you met Ronald Campbell?

5          A.   Yes.

6          Q.   Have you seen the video?

7          A.   Yes, I did.

8          Q.   Did you show the video to Mr. Campbell?

9          A.   Yes, I did.

10         Q.   What was his opinion?

11         A.   That really looks like me.

12         Q.   Would you be more certain that it is in

13    fact him?

14         A.   I am positive it's him.

15         MR. COMROE:   Thank you very much.

16         THE FOREPERSON:   Are there any questions?

17                         (No response.)

18                         (Witness excused.)

19                         Whereupon the Grand Jury

20                         was left alone to

21                         deliberate, after which

22                         the following proceedings

23                         were had.

24         THE FOREPERSON:   True Bill.